UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANA C. ALLEN,<br><br>       Plaintiff,<br><br>  -against-<br><br>JOANNE GARCIA,<br><br>       Defendant. | 25 CIVIL 0672 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the March 24, 2025, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: March 27, 2025
     New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
                Chief United States District Judge